7-26MC-002-6

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>SRA IYAN A. BELLINGER<br>80th Operations Support Squadron<br>Sheppard Air Force Base, Texas | )<br>)<br>) MOTION FOR ORDER<br>) PURSUANT TO CUSTOMER<br>) CHALLENGE PROVISIONS<br>)<br>)<br>)<br>) 22 April 2026<br>) |

1. IYAN A. BELLINGER hereby moves this Court, pursuant to Section 1110 of the Right to Financial Privacy Act of 1978, 12 U.S.C. § 3410, for an order preventing the government from obtaining access to his financial records. The agencies seeking access is the 82 TRW/JA and AFOSI Det 411, United States Air Force.

2. On 21 April 2026 I received notice the government's intent to issue a pre-referral investigative subpoena for my financial records. I am hereby implementing the customer challenge proceedings set forth in 12 U.S.C. § 3410.

3. My financial records are held by Chime Financial, a subsidiary of The Bancorp Bank.

4. In support of this motion, the Court is respectfully referred to my sworn statement filed with this motion.

Respectfully submitted,

*Iyan Bellinger*    signed date: 05May2026
IYAN A. BELLINGER



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 1 5 2026

CLERK, U.S. DISTRICT COURT
By_____
Deputy

CUI

22 April 2026

MEMORANDUM FOR  ALL REVIEWING AUTHORITIES

FROM:  SrA IYAN A. BELLINGER

SUBJECT:  Sworn Statement Supporting Challenge to Pre-referral Investigative Subpoena

1.  Understanding that my records are being sought pursuant to an investigative subpoena, I do **not** voluntarily authorize or consent to the disclosure of my financial records to Government authorities.

2.  The Right to Financial Privacy Act (12 U.S. Code § 3405) states [*emphasis added*],

> A Government authority may obtain financial records under section 3402(2) of this title pursuant to an administrative subpena or summons otherwise authorized by law only if—
> (1) there is reason to believe that the records sought are relevant to a legitimate law enforcement inquiry;
> (2) a copy of the subpena or summons has been served upon the customer or mailed to his last known address on or before the date on which the subpena or summons was served on the financial institution together with the following notice **which shall state with reasonable specificity the nature of the law enforcement inquiry**:
> "Records or information concerning your transactions held by the financial institution named in the attached subpoena or summons are being sought by this (agency or department) in accordance with the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401 et seq.] **for the following purpose:** If you desire that such records or information not be made available, you must:
>> "1. Fill out the accompanying motion paper and sworn statement or write one of your own, stating that you are the customer whose records are being requested by the Government and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.
>> "2. File the motion and statement by mailing or delivering them to the clerk of any one of the following United States district courts:
>> "3. Serve the Government authority requesting the records by mailing or delivering a copy of your motion and statement to
>> "4. Be prepared to come to court and present your position in further detail.
>> "5. You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.
> If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing of this notice, the records or information requested therein will be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.";
> (3)ten days have expired from the date of service of the notice or fourteen days have expired from the date of mailing the notice to the customer and within such time period the customer has not filed a sworn statement and motion to quash in an appropriate court, or the customer challenge provisions of section 3410 of this title have been complied with.

3. I hereby swear/affirm that:

    a. I, Iyan Bellinger, am a customer of the financial institution from which financial records pertaining to me have been sought (Chime Financial, Inc., a subsidiary of the Bancorp Bank, 409 Silverside Road, Suite 105, Wilmington DE); and

    b. I, Iyan Bellinger, have reasons for believing that there has not been substantial compliance with the provisions of this title (Right to Financial Privacy Act). Specifically,

    i. In the notification of pre-referral investigative subpoena issued on 19 April 2026, there was no statement "with reasonable specificity the nature of the law enforcement inquiry" as required by 12 U.S.C 3405(2).

    ii. Further, because no such specificity about the legitimate law enforcement inquiry included in the notification of pre-referral investigative subpoena, my financial records cannot be relevant to a "stated" inquiry when no such inquiry was stated.

*Iyan Bellinger*   Sign Date: 05May2026
IYAN A. BELLINGER, SrA, USAF

ACKNOWLEDGEMENT OF RECEIPT

I, a representative of 82 TRW/JA, hereby acknowledge receipt of a copy of the attached Customer Challenge to Pre-referral Investigative Subpoena, dated 22 April 2026 concerning the case of *United States v. Senior Airman Iyan A. Bellinger.*

Receipt Acknowledged this ___ day of _____, 2026.


_____(signature)


_____(printed name)
82 TRW/JA



Visit **UPS.com**

**Apply shipping documents on this side.**

**Scan QR code to
schedule a pickup**

RECEIVED

MAY 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

This envelope is for use
with the following services:

Do not use this envelope for:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

**Domestic Shipments**
- To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8oz. will be billed by weight.

**International Shipments**
- The UPS Express envelope may be used only for documents of no commercial value ... media as documents. Visit ups... ...ment is classified as a documen...

- To q... ...envelope must weigh 8 oz. or l...
  UPS ...8 oz. will be billed by weight.

Note... ...nended for shipments of
electr... ...l information or breakable item...
Do n...

Re... ...velope

Let...
Red... ...velope a second time – eit...
retu... ...pient. See reuse instruction...
flap...

**The UPS Store Smart Label**

**Tracking #**

**1ZR038R8016290 4299**

100% Recycled fiber
80% Post-Consumer

International Shipping Notice — Carriage hereunder may be subject to the rules and other terms and/or conditions established by the Convention for the Unific... Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or on the Contract for the International Carriage of Goods by Road (the "CMR Conv... commodities, technology or software were exported from the U.S. in accordanc... Administration Regulations. Diversion contrary to U.S. law prohibited.

Serving you for more than 110 years
United Parcel Service.®

  

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com   010195112   05/21   PAC   United Parcel Service



SHP WT: LTR
DATE: 14 MAY 2026

0.1 LBS LTR

BELLINGER
(940) 557-8839
THE UPS STORE #5222
3808 KEMP BLVD STE B
WICHITA FALLS TX 76308-2131

SHIP TO:
UNITED STATES DISTRICT COURT
RM 310
501 W 10TH ST
FORT WORTH TX 76102-3641

TX 761 9-05

UPS NEXT DAY AIR

1

TRACKING #: 1Z R03 8R8 01 6290 4299

BILLING: P/P